DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**KETTY LEMOINE,**
Appellant,

v.

**RAFAEL BOUILLON,**
Appellee.

No. 4D22-2984

[July 27, 2023]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Natasha DePrimo, Judge; L.T. Case No. FMCE21-008791.

Kimberly H. Schultz of Kimberly H. Schultz, P.A., Plantation, for appellant.

Rafael Bouillon, Coral Springs, pro se.

PER CURIAM.

*Affirmed.*

MAY, CIKLIN and ARTAU, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***